UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Trustees of the Operating Engineers Local 137,
137A, 137B, 137C & 137R Annuity, Pension,
Welfare and Apprenticeship Skill Improvement
& Safety Funds of the International Union of  **ORDER**
Operating Engineers, Local 137, 137A, 137B,
137C & 137R,                                  21-CV-01281 (PMH)
                        Plaintiff,
v.

State Contracting Corp. of NY,

                        Defendant.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In connection with the Order to Show Cause issued by the Court today, Plaintiffs are directed to, by May 14, 2021, supplement their motion for a default judgment to eliminate hearsay as regards the contracts and audit report annexed to counsel's declaration (Doc. 12) by serving and filing affidavit(s) made by person(s) with personal knowledge of the contracts and audit report, and any other documents necessary to permit the Court to enter the requested default judgment. In addition, Plaintiffs are directed to supplement their request for attorneys' fees by providing copies of the contemporaneous time records that are summarized in counsel's declaration, itemizing the time and services rendered by each individual rendering services, and sufficient documentation of payment concerning the claimed costs.

      Plaintiff is directed to serve a copy of this Order on Defendants, and shall file proof of such service no later than May 21, 2021.

Dated: White Plains, New York
       May 6, 2021

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge