UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R and the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R, | ) ) ) ) ) ) ) | Index No.:21-cv-1281 (PMH) **SATISFACTION OF JUDGMENT** |
| Plaintiffs, | ) ) | |
| -against- | ) ) ) | |
| STATE CONTRACTING CORP. OF NY a/k/a STATE CONTRACTING CORP., | ) ) ) | |
| Defendants. | ) ) ) | |

WHEREAS, a judgment was entered in the above action on the 27th day of September, 2021, in favor of Trustees of Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R and the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R, and against State Contracting Corp. of NY a/k/a State Contracting Corp. in the amount of $25,508.43 and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  December 21, 2021

Sworn to before me this 21st day of
December, 2021

Notary Public
**CHRISTINE TARAFA**
NOTARY PUBLIC-STATE OF NEW YORK
No. 01TA6350246
Qualified In Westchester County
My Commission Expires 11-07-2024

BARNES, IACCARINO, &
SHEPHERD LLP

Michele J. Harari, Esq.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914)592-1515